1 | Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
2 | Deanna L. Johnston (State Bar No. 198017)
dljohnston@jonesday.com
3 | JONES DAY
555 California Street, 26th Floor
4 | San Francisco, CA  94104
Telephone:    (415) 626-3939
5 | Facsimile:     (415) 875-5700

6 | Attorneys for Defendant
THE GOLDMAN SACHS GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HILLSIDE DRILLING, INC., a California Corporation, on its own behalf, and a pass through claims with THOMPSON PACIFIC CONSTRUCTION, INC.; THOMPSON PACIFIC CONSTRUCTION, INC., a California Corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE GOLDMAN SACHS GROUP, INC. (a Delaware Corporation); GOLDMAN SACHS URBAN INVESTMENT GROUP (a Delaware Corporation); JAMESTOWN EQUITY PARTNERS LLC, (a Delaware Limited Liability Company); CITIGROUP INC. (A Delaware Corporation) a.k.a. and/or d.b.a. CITIBANK CORP or CITIBANK; CITIBANK CORP. (a business of an unknown type); NOTEWARE DEVELOPMENT, LLC (a Nevada Limited Liability Company); JAMES NOTEWARE,<br><br>        Defendants. | Case No. C 09-01896 SI<br><br>**STIPULATION FOR CONTINUANCE OF NOTICED HEARING DATE**<br><br>Current Hearing Date: July 10, 2009<br>Requested Hearing Date: July 31, 2009<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Honorable Susan Illston |

Plaintiffs Hillside Drilling, Inc., and Thompson Pacific Construction, Inc., and defendants The Goldman Sachs Group, Inc. ("GS Group"), and Citicorp USA, Inc. (erroneously sued as Citigroup, Inc.), through their respective counsel of records, hereby stipulate to the following:

1. Due to prior commitments, GS Group's counsel is unable to attend the motion to dismiss hearing continued from June 19, 2009 to July 10, 2009 by order of the Court. *See* Notice (Docket No. 31).

2. Plaintiffs and defendants GS Group and Citicorp USA, Inc., respectfully request the hearing be continued to July 31, 2009 at 9:00 a.m.

3. Plaintiffs and defendants GS Group and Citicorp USA, Inc., have not requested any previous continuances of this hearing date.

Dated: June 22, 2009

Respectfully submitted,

Jones Day

By: /s/ Deanna L. Johnston
    Deanna L. Johnston

Attorneys for Defendant
THE GOLDMAN SACHS GROUP, INC.

Dated: June 22, 2008

Respectfully submitted,

Keesal, Young & Logan

By: /s/ Ben Suter
    Ben Suter

Attorneys for Plaintiffs
CITICORP USA, INC. (erroneously sued as CITIGROUP, INC.)

- 2 -

STIPULATION FOR CONTINUANCE OF HEARING, CASE NO. C 09-01896 SI

| | | |
|---|---|---|
| 1 | Dated: June 22, 2008 | Respectfully submitted, |
| 2 | | Law Offices of Gary W. Gorski |
| 3 | | |
| 4 | | By: /s/ Gary W. Gorski |
| 5 | |     Gary W. Gorski |
| 6 | | Attorney for Plaintiffs |
| 7 | | HILLSIDE DRILLING, INC., and THOMPSON PACIFIC CONSTRUCTION, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Deanna L. Johnston, attest that I obtained the concurrence of Ben Suter and Gary W. Gorski in filing this document. I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 22nd day of June, 2009, in San Francisco, California.

Dated: June 22, 2009

JONES DAY,

By: /s/ Deanna L. Johnston
Deanna L. Johnston

Attorneys for Defendants
THE GOLDMAN SACHS GROUP, INC.

SFI-613104v1

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA