| | |
|---|---|
| 1 | Gary W. Gorski CBN: 166526 |
| 2 | LAW OFFICES OF GARY W. GORSKI<br>8549 Nephi Way |
| 3 | Fair Oaks, CA 95629<br>(916) 965-6800 |
| 4 | (916) 965-6801<br>usrugby@pacbell.net |
| 5 | Attorney for Plaintiffs |

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILLSIDE DRILLING, INC. a California Corporation, on its own behalf, and a pass through claim with THOMPSON PACIFIC CONSTRUCTION, INC.; et al.<br><br>Plaintiffs,<br>vs.<br><br>THE GOLDMAN SACHS GROUP, INC. (a Delaware Corporation); et al.<br><br>Defendants. | Case No.: C-09-01896 SI<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above captioned case has been settled, and that Plaintiffs will not be filing an amended complaint. As such, the Court may dismiss the action and close the case.

Respectfully submitted,
LAW OFFICES OF GARY W. GORSKI

DATED: August 14, 2009     /s/ Gary W. Gorski
GARY W. GORSKI,
Attorney for Plaintiffs

NOTICE OF SETTLEMENT

- 1 -

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am a citizen of the United States, employed in the City of Sacramento, California. My business address is LAW OFFICES OF GARY W. GORSKI, 8549 Nephi Way, Fair Oaks, CA 95628. I am over the age of 18 years and not a party of the within-entitled cause.

On August 14, 2009, I personally had served the attached document on all parties in said action to be electronically filed or, as addressed below, by causing a true copy thereof to be mailed and telecopied by facsimile to the following address:

Stephen G. Preonas  
KATZOFF & RIGGS  
1500 Park Avenue  
Suite 300  
Emeryville, CA 94608  
510.597.0295

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed August 14, 2009 at Sacramento, California.

  Gary W. Gorski                                    /s/ Gary W. Gorski  
Name                                              Signature

ELECTRONIC FILING ON:

Mr. Shawn Hanson  
JONES DAY  
555 California Street  
26th Floor  
San Francisco, CA 94104  
Tel: +1.415.626.3939  
Fax: +1.415.875.5700  
shanson@jonesday.com

BEN SUTER, CASB No. 107680  
ATLANTIS TILLMAN LANGOWSKI, CASB No. 224051  
Keesal, Young & Logan  
A Professional Corporation  
450 Pacific Avenue  
San Francisco, California 94133  
Telephone: (415) 398-6000  
Facsimile: (415) 981-0136  
Attorneys for Defendant  
CITICORP USA, INC. (erroneously sued herein as CITIGROUP, INC.)

NOTICE OF SETTLEMENT